IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 14 C 4300 |
| R.C.J. ENTERPRISES, LTD., an Illinois corporation, d/b/a CHADWICK CONTRACTING COMPANY, | ) ) ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, R.C.J. ENTERPRISES, LTD., an Illinois corporation, d/b/a CHADWICK CONTRACTING COMPANY, in the total amount of $7,461.99, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,002.50.

On June 16, 2014, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his legal assistant, Katie Higgins) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 7, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

<u>**CERTIFICATE OF SERVICE**</u>

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>16th</u> day of <u>July 2014</u>:

        Mr. Patrick M. McMahon, Registered Agent
        R.C.J. Enterprises, Ltd., d/b/a Chadwick Contracting
        11 S. Dunton Avenue
        Arlington Heights, IL   60005


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Chadwick Contracting\motion.cms.df.wpd